SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MARK G. RACKERS, Cal Bar No. 254242
ANNA JANE I. ZARNDT, Cal Bar No. 327719
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:  619.234.3815
E mail:    mrackers@sheppard.com
           azarndt@sheppard.com

LISA YUN PRUITT, Cal Bar No. 280812
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:  858.720.8900
Facsimile:  858.509-3691
E mail:    lpruitt@sheppard.com

Attorneys for Defendant
RPM LIVING, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ESCARENO and JUSTIN MANSOUR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RPM LIVING, LLC, a limited liability company,<br><br>Defendant. | Case No. 3:26-cv-00597-CAB-MMP<br><br>CLASS ACTION<br><br>**DEFENDANT RPM LIVING, LLC'S NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT**<br><br>Assigned to: Hon. Cathy Ann Bencivengo, Crtm. 15A (15th Floor) Rm. 1510<br><br>Date: March 12, 2026<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT<br><br>Complaint Filed: December 24, 2025 (Removed from San Diego Superior Court, Case No. 25CL068458C) |

**TO THE HONORABLE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 12, 2026, or as soon thereafter as the matter may be heard in Courtroom 15A of the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, CA 9210, Defendant RPM Living, LLC ("RPM") will bring on for hearing its Motion to Strike portions of the Complaint ("Complaint") filed by Plaintiffs Joe Escareno and Justin Mansour ("Plaintiffs").

RPM moves to strike paragraphs 1-5, 15-43, and footnotes 1-38 from the Complaint, because the allegations refer generally to "consumer harm" without regard for whether it was caused by RPM, or attributable to the allegations in the Complaint, and otherwise consist of opinions, commentary, and other references to laws, rules, and other materials that have nothing to do with this case. As such, these allegations are wholly immaterial and impertinent to the claims at issue. Fed. R. Civ. P. 12(f).

RPM further moves to strike the class definition at paragraph 73 of the Complaint as impermissibly vague and overbroad, and to strike the class allegations at paragraphs 72-82 of the Complaint, along with the reference to the "Class" in the Prayer for Relief at paragraph of A of the Complaint, because Plaintiffs cannot move forward with any of their claims on a class-wide basis, as they lack standing.

The Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities filed concurrently herewith, and corresponding exhibits, all pleadings and other papers filed in this case, and such other evidence and argument as may be presented to the Court at the hearing on this matter.

1  Dated: February 5, 2026

2                               SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3
4                               By          *s/Mark G. Rackers*
                                    MARK G. RACKERS
5                                   Attorneys for Defendant
6                                   RPM LIVING, LLC

7                                   E-mail: mrackers@sheppard.com

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28